# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ISOME JOHNSON,

    Petitioner,

v.

WARDEN ODDO,

    Respondent.

NO. 3:16-CV-0182

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 20th day of February, 2019, **IT IS HEREBY ORDERED** that:

(1) The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) filed by Isome Johnson is **DENIED**.

(2) The Clerk of Court is directed to mark the case as **CLOSED**.

                                         /s/ A. Richard Caputo
                                         A. Richard Caputo
                                         United States District Judge